# Court of Appeals
# of the State of Georgia

ATLANTA,  July 19, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1649. KAHRE WILLIAMS v. THE STATE.**

In 2021, Kahre Williams pleaded guilty to two counts of first degree vehicular homicide and related driving offenses. He received a total sentence of 40 years in confinement. Williams filed a motion to modify his sentence, which the court denied on April 11, 2022. Williams filed a notice of appeal on May 26, 2022. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000). Williams filed his notice of appeal 45 days after entry of the trial court's order denying his motion. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/19/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.